TOWNSHIP OF MIDLAND, IN THE COUNTY OF BERGEN, DEFENDANT IN ERROR, v. BOROUGH OF MAYWOOD AND TOWNSHIP OF NEW BARBADOES, PLAINTIFF IN ERROR.

Submitted December 11, 1911—Decided March 4, 1912.

On error to the Supreme Court, whose opinion is reported in 51 *Vroom* 76.

For the plaintiff in error, *Wendell J. Wright* and *Edmund W. Wakelee.*

For the defendant in error, *Gilbert Collins.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, BERGEN, VOORHEES, MINTURN, KALISCH, BOGERT, VREDENBURGH, VROOM, CONGDON, WHITE, TREACY, JJ. 13.

*For reversal*—None.